ORDER
PER CURIAM:
On April 19, 2001, the Court, in a single-judge order, vacated an April 1, 1999, decision of the Board of Veterans’ Appeals and remanded the matter for readjudication in light of the enactment of the Veterans Claims Assistance Act of 2000, Pub. L. No. 106-475, 114 Stat. 2096 (Nov. 9, 2000). On May 10, 2001, the appellant, through counsel, filed a motion for reconsideration, or, in the alternative, for a panel decision:
Upon consideration of the foregoing, the parties’ prior pleadings, and the record on appeal, it is
ORDERED, by the single judge, that the motion for reconsideration is denied. It is further
ORDERED, by the panel, that the motion for a panel decision is denied.